UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **WALEED K. YOUSIF,**<br><br>      Plaintiff,<br><br>vs.<br><br>**ERIC ALZAROUI,**<br><br>      Defendant. | **2:21-CV-11950-TGB-CI**<br><br><br>**ORDER DENYING MOTION FOR RECONSIDERATION** |

    Plaintiff Waleed Yousif filed this Complaint accusing Eric Alzaroui of "identity theft and hijacking." The Court dismissed his complaint for lack of subject matter jurisdiction and enjoined him from any further filings[1] in this District without permission. ECF No. 8. Mr. Yousif has filed a Motion for Reconsideration of this final order. ECF No. 9.

    Under Local Rule 7.1(h), anyone "seeking reconsideration of final orders or judgments must file a motion under Federal Rule of Civil Procedure 59(e) or 60(b)." Even liberally construing Mr. Yousif's motion, he does not provide any new information that qualifies as a reason for relief under either rule. The motion is therefore **DENIED**.

    **SO ORDERED**, this 16th day of December, 2021.

                                    BY THE COURT:

                                    /s/Terrence G. Berg
                                    TERRENCE G. BERG
                                    United States District Judge

---

[1] In addition to new lawsuits, the Court will not review any new filings in Mr. Yousif's existing cases unless they are approved.